No. 97–6004.  TWENTER v. MISSOURI.  C. A. 8th Cir.  Certiorari denied.

No. 97–6006.  JOHNSTON v. VARNER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENE, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 97–6008.  MICKELSEN v. REYNOLDS.  Ct. App. Idaho.  Certiorari denied.

No. 97–6012.  SORIA v. BROWN, SECRETARY OF VETERANS AFFAIRS.  C. A. Fed. Cir.  Certiorari denied.

No. 97–6013.  WELLS v. SECURITIES AND EXCHANGE COMMISSION.  C. A. 2d Cir.  Certiorari denied.

No. 97–6018.  DIAZ-CRUZ v. BOARD OF REVIEW.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 97–6020.  DEKEYSER v. LARKINS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 97–6024.  SMITH v. CASELLAS, CHAIRMAN, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION.  C. A. D. C. Cir.  Certiorari denied.

No. 97–6026.  ALLEN v. TEXAS.  Ct. App. Tex., 14th Dist.  Certiorari denied.

No. 97–6034.  BAILEY v. SNYDER, WARDEN, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 97–6037.  ANDERSON v. McKUNE, WARDEN.  Ct. App. Kan.  Certiorari denied.

No. 97–6061.  SATTERFIELD v. UNITED STATES; and
No. 97–6094.  SHEPPARD v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.  Reported below: 118 F. 3d 1579.

No. 97–6067.  WILLIAMS v. CHRYSLER CORP.  C. A. D. C. Cir.  Certiorari denied.